# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3552

_____

Jon Mills,                                          *
                                                    *
        Plaintiff-Appellant,             *
                                                    *
Rodney Rutledge,                                    *
                                                    *
        Plaintiff,                       *
                                                    *   Appeal from the United States
    v.                                    *   District Court for the
                                                    *   Eastern District of Arkansas.
State of Arkansas; Mike Huckabee,                   *
Governor of Arkansas; Mark Pryor,                   *   [UNPUBLISHED]
Attorney General of Arkansas; Larry                 *
Norris, Director, Arkansas Department               *
of Correction; Marvin Evans, Jr.,                   *
Warden, East Arkansas Regional Unit,                *
ADC; John Does, 1 - 12 and Jane Doe,                *
                                                    *
        Defendants-Appellees.            *

_____

Submitted: June 24, 2003
Filed: June 26, 2003

_____

Before WOLLMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Jon Mills appeals the district court's[*] denial of Mills's motion to reopen his 42 U.S.C. § 1983 action.  Having carefully reviewed the record, we affirm for the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[*]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.